UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| **TCF INVENTORY FINANCE, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**CCB SERVICES, LLC,<br>MATTHEW EUGENE SHARDY, and<br>STEPHANIE ANN SHARDY,**<br><br>    Defendants. | Case No. 2:21-cv-00029-BLW<br><br>**TEMPORARY RESTRAINING<br>ORDER** |

Before the Court is a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") filed by Plaintiff TCF Inventory Finance, Inc. ("TCFIF") (Dkt. 8). For the reasons explained below, the Court will GRANT a temporary restraining order.

Based on allegations made by TCFIF in the Complaint, as well as the additional declaration, exhibits and other evidence proffered on this Motion, Defendant CCB Services, LLC ("Borrower") is in default of its obligations under the Security Agreement described in and attached to the Complaint. TCFIF has presented evidence that Borrower has possession, custody, and control of the Subject Collateral, as identified in the Complaint on file in this matter, in which TCFIF has properly perfected security interests. The Subject Collateral is easily movable and can be easily damaged by misuse or intentional acts. This Court finds evidence that this temporary restraining order is necessary for the preservation of the Subject Collateral. The Subject Collateral identified in Exhibit 3 of the Complaint has an estimated value of $167,983.21.

This Court further finds that TCFIF has a substantial likelihood of prevailing on the merits

of its claims, including its claim to possession of the Subject Collateral described in the Complaint.

This Court further finds that TCFIF has no adequate remedy at law because if the Subject Collateral is sold, hidden, destroyed, concealed, disposed of, transferred, and/or abandoned, or the proceeds thereof are hidden, destroyed, concealed, disposed of, or transferred, TCFIF could lose its bargained-for security.  There is an immediate danger that TCFIF will be unable to obtain possession over the Subject Collateral or that the value of such property may become substantially impaired, destroying the bargained-for security. TCFIF has further alleged and presented evidence that TCFIF will lose its agreed security absent immediate relief.  This Court therefore finds that TCFIF will be severely and irretrievably damaged absent the requested relief. This harm outweighs the harm that such relief may cause Borrower.

Finally, this Court finds that a temporary restraining order will not disserve the public interest.  To the contrary, the public interest in promoting the enforcement of contracts and encouraging financing will be aided by issuing this injunction.  Issuance of the requested relief promotes judicial efficiency and minimizes the potential for the improper disposition of the Subject Collateral and the need for exercise of contractual self-help remedies, all of which will benefit the public.

**NOW, THEREFORE, IT IS HEREBY ORDERED that** Defendant CCB Services, LLC and its officers, directors, agents, representatives, and employees, as well as any others acting on their behalf, are restrained from doing the following:

1. Transferring any interest by sale, pledge, or grant of security interest or otherwise disposing of, transferring, or encumbering the Subject Collateral;

2. Concealing, hiding, or otherwise removing the Subject Collateral;

3. Impairing the value of any of the Subject Collateral; and

      4.      Removing the Subject Collateral from the places of business of Borrower or otherwise outside of the jurisdiction of this Judicial District;

      5.      Disposing of the proceeds from the transfer of any interest of the Subject Collateral that may have occurred prior to issuance of this Order.

**IT IS FURTHER ORDERED that** Borrower and its officers, directors, agents, representatives, and employees, as well as any others acting on their behalf, are required to return the Subject Collateral identified in the Complaint, wherever located, to Borrower's business locations to 13598 East River Road, Priest Lake, Idaho 83856, or 11785 North Tracey, Hayden, Idaho 83835, 164 Leeanne Lane, Hayden, Idaho 83835 or such other location within the Judicial District agreeable to the parties for delivery to TCFIF; and

**IT IS FURTHER ORDERED that** Borrower and its officers, directors, agents, representatives, and employees, as well as any others acting on their behalf, are required to provide access to TCFIF or its agents to the business premises or whatever premises Borrower has the Subject Collateral and to turn over possession of the Subject Collateral to TCFIF or its agents.

**IT IS FURTHER ORDERED** as a condition precedent to the effectiveness of this Order, TCFIF shall post a bond in the amount of $1,000.00.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall expire on **February 17, 2021 at 11:00 a.m**. unless otherwise dissolved or extended by this Court.

This matter is set for a hearing on a preliminary injunction on **February 16, 2021 at 11:00 a.m.** The hearing shall be conducted via ZOOM videoconference. Court staff will forward information including a ZOOM link to the parties and plaintiff's counsel before the hearing. Any response to the application and entry of a preliminary injunction shall be filed and served **48 hours before the hearing.**

IT IS FURTHER ORDERED that counsel for TCFIF are instructed to serve this order on Borrower promptly and to file proof of service with the Court.

**This Temporary Restraining Order is issued at 5:36 p.m. MST on February 3, 2021.**

DATED: February 3, 2021

_____
B. Lynn Winmill
U.S. District Court Judge