UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| **TCF INVENTORY FINANCE, INC.,**<br><br>  Plaintiff,<br><br>v.<br><br>**CCB SERVICES, LLC,**<br>**MATTHEW EUGENE SHARDY, and**<br>**STEPHANIE ANN SHARDY,**<br><br>  Defendants. | Case No. 2:21-cv-00029-BLW<br><br>**ORDER GRANTING MOTION**<br>**FOR PREJUDGMENT**<br>**WRIT OF POSSESSION** |

This matter is before the Court on the Motion for Prejudgment Writ of Possession (the "Motion") filed by the Plaintiff TCF Inventory Finance, Inc. ("TCFIF") and the Order to Show Cause ("Show Cause Order") issued by this Court directing Defendant CCB Services, LLC ("Borrower") to appear and show cause why a Writ of Possession should not issue based on the facts stated in the Motion supported by the Declaration of Brian Edge. Notice of the Motion and Show Cause Order have been provided. Counsel for TCFIF appeared by Zoom. Borrower did not file or serve a written response or appear. Based on the findings stated on the record, good cause exists to grant the relief requested in the Motion. Accordingly,

**IT IS HEREBY ORDERED that** the Motion for Prejudgment Writ of Possession (Dkt. 9) is Granted as provided herein.

**IT IS FURTHER ORDERED that** TCFIF is entitled to immediate pre-judgment possession of the Subject Collateral (listed on **Exhibit 1** attached hereto) and Borrower is hereby ordered to tender possession of the Subject Collateral to TCFIF (or its agents).

**IT IS FURTHER ORDERED that** upon TCFIF posting a replevin bond in the amount of $350,000, the Clerk shall issue a Writ of Possession directing the United States Marshals

Service to search for and seize the Subject Collateral by removing it from the possession of Borrower and delivering over the Subject Collateral to TCFIF (or its agents) provided that TCFIF pay the reasonable fees and expenses of the U.S. Marshals Service in executing the Writ of Possession.

**IT IS FURTHER ORDERED that** upon taking possession of the Subject Collateral, TCFIF may dispose of the property as provided in the parties' agreement.

DATED: February 3, 2021

_____
B. Lynn Winmill
U.S. District Court Judge